707 A.2d 146

IN THE MATTER OF JAMES H. WOLF,
III, AN ATTORNEY AT LAW.

March 25, 1998.

## ORDER

The Disciplinary Review Board on February 4, 1998, having filed with the Court its decision concluding that **JAMES H. WOLFE, III**, of **EAST ORANGE**, who was admitted to the bar of this State in 1979, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **JAMES H. WOLFE, III**, is hereby suspended from the practice of law for a period of three months, effective April 20, 1998, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.